65 F.3d 161
 Burrell Construction & Supply Co., Standard Terminals, Inc.,
Burrell Trucking, Inc., Burrell Industrial Supply Co.,
Continental Development Co., Penn Builders Supply Co., River
Sand & Supply Co., as Assignee of rights and claims of
Western Pennsylvania Teamsters and Employers Pension Fund
v.
Glenn F. Straub, Spring Industries, Inc., Burrell
Industries, Inc. d/b/a Burrell Industries, Ohio
River Sand & Gravel, A#1 Concrete,
Tri-State Asphalt Corp.,
American Arbitration Ass'n
 NO. 95-3008
 United States Court of Appeals,
Third Circuit.
 July 31, 1995
 
 Appeal From: W.D.Pa., No. 93-cv-00360,
 Standish, J.
 
 
 1
 AFFIRMED.